IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 18 P 1:20

CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
)
)
v. ) CASE NO.: CR299-53
)
)
RITCHIE DEWARN SIMS, a/k/a )
"Rush" )

## ORDER

Defendant Sims has filed a "Motion for Reconsideration" of the Court's June 7, 2005 Order. (Doc. 139.) That Order denied Defendant's Motion for Leave of Court to File Initial § 2255 Claim. The Government has filed a response. For the reasons stated in the June 7, 2005 Order, Defendant's Motion for Reconsideration is **DENIED**.

SO ORDERED, this 18th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

        vs.     *     CASE NO. CR299-53

SIMS     *
           *
           *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 7/18/05, which is part of the official records of this case.

Date of Mailing:    7/18/05
Date of Certificate:   7/18/05

SCOTT L. POFF, CLERK

By: _____
Sherry Taylor, Deputy Clerk

NAME:
1. Cameron Ippolito
2. Gilbert McLemore
3. Joe Newman
4. Ritchie Sims, 10265-021, FCI Miami, P.O. Box 779800, Miami, FL 33177
5.
6.
7.

Cert/Copy
- ☐ ☐ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds