# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division
U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
2:15 P.M.
8-12 20 05
Deputy Clerk

| | | |
|---|---|---|
| RITCHIE D. SIMS, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | NO. CV202-030 |
| | | CR299-53 |

## O R D E R

Upon consideration of the Motion to Correct Judgment by Plaintiff, Ritchie D. Sims, and the Government's response thereto, the same is hereby **DENIED** for reasons set forth in the Government's response.

**SO ORDERED**, this 12th day of August, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

RITCHIE D. SIMS )

vs ) CASE NUMBER CV202-30/CR299-53

USA ) DIVISION BWK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/12/05, which is part of the official record of this case.

Date of Mailing: 8/12/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: NITA ROSE
Deputy Clerk

**Name and Address**

RITCHIE D. SIMS  FCI MIAMI BOX 779800  MIAMI, FL 33177
AMY LEE COPELAND

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate