AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRU...

2008 MAR 12 A 9 21

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR299-00053-002 |
| Ritchie Dewarn Sims ) | USM No: 10265-021 |
| Date of Previous Judgment: May 18, 2000 ) | Ronald E. Harrison, III |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188__ months **is reduced to** __151 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  31            Amended Offense Level:  29
Criminal History Category: VI          Criminal History Category: VI
Previous Guideline Range: 188 to 235 months   Amended Guideline Range: 151 to 188 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __May 18, 2000,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 12, 2008

Judge's signature

Effective Date: _____
(if different from order date)

Judge, U.S. District Court
Printed name and title